UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

KRYSTAL CARTER,

    Plaintiff,

v.                                                                                                  Case No: 5:23-cv-117-JSM-PRL

OASIS TROPICAL CAFE, LLC and
ALBERTO VAZQUEZ,

    Defendants.

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Philip R. Lammens (Dkt. 50). The Court notes that there are no written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge, in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

Notably, the Magistrate Judge correctly points out that entry of default judgment is warranted only when there is a sufficient basis in the pleadings for the judgment entered, with the standard for "a sufficient basis" for the judgment being akin to that necessary to survive a motion to dismiss for failure to state a claim. *See Surtain v. Hamlin Terrace Found.,* 789 F.3d 1239, 1244–45 (11th Cir.2015). In other words, the complaint must

contain sufficient factual matter, accepted as true, to state a claim for relief that is plausible on its face, which is met when the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged.  *Id.* at 1245–46.  Relevant to the instant matter, prior to dismissing an action sua sponte, a court must provide the plaintiff with notice of its intent to dismiss and an opportunity to respond.  *Id.* at 1247–48.  Exceptions to this requirement are when amending the complaint would be futile or when the complaint is patently frivolous.  *Id.*

While the Report and Recommendation does not address the issue of dismissing the claims and permitting an opportunity to amend the Complaint, the Court concludes that Plaintiff is entitled to such an opportunity since her claims do not appear patently frivolous and further amendment may remedy the deficiencies referenced in the Report and Recommendation.  So, while the Court agrees that the Motion for Entry of Default Judgment should be denied, the Court grants Plaintiff an opportunity to file an Amended Complaint to state a plausible claim against Defendants.   Plaintiff should take note of the insufficiencies in her pleading—which the Report and Recommendation discusses in great detail—if she chooses to file an Amended Complaint.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Recommendation (Dkt. 50) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

2. Plaintiff's Motion for Entry of Default Judgment (Dkt. 45) is DENIED.

3. Plaintiff's Complaint is dismissed without prejudice.

4. Plaintiff may file an Amended Complaint within fourteen (14) days of this Order.

5. If Plaintiff fails to file an Amended Complaint during the deadline, the Court will close this action without further notice.

**DONE** and **ORDERED** in Tampa, Florida, this September 4, 2024.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record