UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

KRYSTAL CARTER,

    Plaintiff,

v.                                          Case No: 5:23-cv-117-JSM-PRL

OASIS TROPICAL CAFÉ, LLC and
ALBERTO VAZQUEZ,

    Defendants.
_____/

**ORDER**

Plaintiff has failed to file an Amended Complaint, in accordance with this Court's Order (Dkt. 51) entered on September 4, 2024. The Court stated that Plaintiff's failure to timely file an Amended Complaint would result in the closure of this action without further notice. It is therefore

**ORDERED AND ADJUDGED** as follows:

1.     The Clerk is directed to close this case.

2.     The Clerk is directed to terminate any pending motions as moot.

**DONE** and **ORDERED** in Tampa, Florida, this 20th day of September, 2024.

*[Signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record